JOSEPH P. TOOMEY, Respondent, v. HOTEL CHESTERFIELD, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

WESLEYAN UNIVERSITY of MIDDLETOWN, CONNECTICUT, Respondent, v. FRANCES A. BENSON and U. G. REALTY Co., INC., Appellants, Impleaded with ISLAND PARK ASSOCIATES, INC., Respondent, and Others, Defendants.— Orders and judgment unanimously affirmed, with costs to each respondent. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

STEPHEN C. WILLSON, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THEODORE WURZLER, an Infant under Fourteen Years of Age, by GERTRUDE WURZLER, His Guardian ad Litem, and WILLIAM WURZLER, Respondents, v. ELIAS KLETZKIN and MORRIS KLETZKIN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

HARRY BIJUR and HAROLD H. HERTS, Copartners Doing Business under the Firm Name and Style of BIJUR & HERTS, Respondents, v. AARON L. JACOBY, Appellant, Impleaded with EDWARD J. KRISTIAN, as Warden, etc., and Another, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See 235 App. Div. 866.]

BRIARCLIFF LODGE HOTEL, INC., Appellant, v. CITIZEN-SENTINEL PUBLISHERS, INC., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. Settle order on notice. [See 235 App. Div. 859.]

BRIARCLIFF LODGE HOTEL, INC., Appellant, v. TARRYTOWN DAILY NEWS, INC., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. Settle order on notice. [See 235 App. Div. 860.]

BRIARCLIFF LODGE HOTEL, INC., and Another, Appellants, v. WESTCHESTER NEWSPAPERS, INC., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. Settle order on notice. [See 235 App. Div. 860.]

BRIARCLIFF LODGE HOTEL, INC., and Another, Appellants, v. THE YONKERS STATESMAN CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. Settle order on notice. [See 235 App. Div. 860.]